IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**GUY MICHAEL**

      Plaintiff,                                     No. 2:11-cv-00713-SU

            v.                                 OPINION AND ORDER

**UNITED STATES OF AMERICA,**

      Defendant.


      **MOSMAN, J.**,

      On November 15, 2011, Magistrate Judge Sullivan issued her Findings and Recommendation ("F&R") [18] in the above-captioned case recommending that plaintiff Guy Michael's motion to transfer [7] be granted in part and denied in part, and that plaintiff's state law claims be dismissed without prejudice.  No objections were filed.

## DISCUSSION

      The magistrate judge makes only recommendations to the court, to which any party may file written objections.  The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination.  The court is generally required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the

1 – OPINION AND ORDER

court is not required to review, under a de novo or any other standard, the factual or legal

conclusions of the magistrate judge as to those portions of the F&R to which no objections are

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328

F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to

review the F&R depends on whether or not objections have been filed, in either case, I am free to

accept, reject, or modify any part of the F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Sullivan's recommendation and I ADOPT the F&R [18]

as my own opinion.

IT IS SO ORDERED.

DATED this   8th   day of December, 2011.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court